UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff(s),

   v.

JAMES MICHAEL MURRAY,

        Defendant(s).
_____/

No. C 12-1288 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

By order entered on March 30, 2012, a case management conference was scheduled for June 28, 2012 at 2:00 p.m. That order was electronically filed, however, and defendant was represented by specially-appearing counsel at the time. On May 17, 2012, the court approved the withdrawal of counsel. While plaintiff did file a proof of service showing service of its case management statement on a Pretrial Services Officer supervising defendant in a criminal case pending in this district, the docket does not reflect that defendant was ever provided with a copy of the order scheduling the June 28, 2012 case management conference, nor does it reflect that plaintiff has formally appeared in pro per.

Accordingly, the case management conference is continued to July 12, 2012 at 2:00 p.m. in the Oakland Courthouse, Courtroom 3. Both parties shall appear in person or through counsel. Plaintiff shall immediately serve a copy of this order and the complaint on defendant personally and file a certificate of service.

**SO ORDERED.**

Dated: June 29, 2012

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge