ROBERT L. MITCHELL (Cal. Bar No.161354)
  MitchellR@sec.gov
KAREN KREUZKAMP (Cal. Bar No. 246151)
  KreuzkampK@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-12-1288-EMC |
| Plaintiff, | |
| v. | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| JAMES MICHAEL MURRAY, | |
| Defendant, and | |
| EVENT TRADING GP, LLC, | |
| Relief Defendant. | |

1     **WHEREAS,** plaintiff Securities and Exchange Commission ("the Commission") filed its
2 civil complaint against defendant James Michael Murray on March 15, 2012, its first amended
3 complaint on June 14, 2012, and a supplemental first amended complaint on January 9, 2013;

4     **WHEREAS,** the Government filed a criminal complaint against Mr. Murray on February 16,
5 2012, *United States v. James Murray*, Case No. 3:12-cr-00278-EMC (N.D. Cal.), an indictment on
6 April 19, 2012, a superseding indictment on June 14, 2012, and a second superseding indictment on
7 September 17, 2013, which include wire fraud charges based on the same conduct alleged in the
8 Commission's complaint (the "criminal action");

9     **WHEREAS,** the civil action and the criminal action were subsequently related (Dkt. No. 22);

10     **WHEREAS,** the Court previously granted Mr. Murray's motion to stay the proceedings,
11 including the time to answer and discovery in this action because of the pending criminal action
12 against him (Dkt. 38);

13     **WHEREAS,** the criminal action against Mr. Murray is ongoing, with a status/trial set hearing
14 on February 5, 2014 ( Case No. 3:12-cr-00278, Dkt. No. 151);

15     **WHEREAS**, the parties in the instant case are scheduled to have a case management
16 conference with the Court on January 9, 2014 (Dkt. No. 59);

17     **WHEREAS**, in light of the Court's stay order and the fact that the criminal action against Mr.
18 Murray is still ongoing, the parties have suspended the instant litigation and therefore have no report
19 to make to the Court;

20     **WHEREAS,** the parties have met and conferred and expect to resume the Commission's civil
21 action once final judgment is entered in the criminal action;

22     **THEREFORE,** the parties stipulate and agree, and ask the Court to adopt as its Order, that:

23     1. Proceedings in the instant action remain stayed until final judgment is entered in the
24 criminal action;

25     2. The stay of proceedings shall relieve defendant of his obligation to answer or
26 otherwise respond to the supplemental first amended complaint as long as the stay is in effect;

27

28

3. Discovery shall be stayed during the pendency of the stay of proceedings with the exception that any party may serve subpoenas for documents upon third parties, provided that the Commission shall not disclose any such discovery to the United States Attorney's Office prosecuting the criminal action absent further order by this Court;

4. Upon expiration of the stay, defendant shall answer or otherwise respond to the supplemental first amended complaint within thirty (30) days; and

5. Upon expiration of the stay, the parties shall file a joint case management statement, including a proposed plan for a discovery schedule, within thirty (30) days.

DATED:   January 2, 2014            Presented by,

 /s/ Robert L. Mitchell              /s/ James Murray
Robert L. Mitchell                  James Murray
                                    Defendant
Attorney for Plaintiff              c/o GeoCare
SECURITIES & EXCHANGE               111 Taylor Street
COMMISSION                          San Francisco, CA 94102
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

\* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED. The CMC is reset for 7/31/14 at 9:00 a.m. A joint CMC Statement shall be filed by 7/24/14.

Dated this 6th day of Jan 2014.

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
United States District Judge