JASON M. HABERMEYER (Cal. Bar No. 226607)
HabermeyerJ@sec.gov
KAREN KREUZKAMP (Cal. Bar No. 246151)
KreuzkampK@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JAMES MICHAEL MURRAY, <br><br> Defendant, <br> and <br><br> EVENT TRADING GP, LLC, <br><br> Relief Defendant. | Case No. CV-12-1288-EMC <br><br> PLAINTIFF'S UPDATED CASE MANAGEMENT CONFERENCE STATEMENT ; order resetting cmc <br><br> <u>Case Management Conference</u> <br> Date: May 21, 2015 <br> Time: 9:30 a.m. <br> Honorable Edward M. Chen <br> Courtroom 5, 17th Floor |

Pursuant to Civil Local Rule 16-9 of the United States District Court for the Northern District of California, plaintiff Securities and Exchange Commission ("Commission") submits the following Updated Case Management Statement.

1  This case concerns alleged violations of the federal securities laws by defendant James Michael Murray. As alleged in the Commission's Supplemental First Amended Complaint, Murray served as investment adviser for Market Neutral Trading, LLC ("MNT"), an investment fund he controlled. The Commission's complaint further alleges that in 2008, Murray raised approximately $2 million from investors and distributed to investors a purported audit report from a fictitious firm created by Murray that overstated the fund's financial results. The complaint also alleges that in 2011 and 2012, Murray raised an additional $5 million, soliciting investors using financial statements and marketing materials that materially misstated the financial condition and performance of the fund, as well as the amount of assets it had.

On August 28, 2012, this Court issued an order granting defendant Murray's motion to stay the proceedings in this case pending the resolution of the related criminal proceeding against him (*United States v. Murray*, Case No. 3:12-cr-00278-EMC (N.D. Cal.)) (the "Criminal Action"). The trial in the Criminal Action is scheduled to begin on September 21, 2015.

In light of the Court's stay order, and the fact that the Criminal Action is still ongoing, the parties have suspended the instant litigation and have not created a discovery plan or met and conferred regarding a proposed schedule in this matter. To that end, the Commission's efforts to serve and contact the defendant in this matter have been unsuccessful. Accordingly, the Commission has no report to make to the Court at this time.

DATED: May 19, 2015

```
IT IS SO ORDERED that the CMC is reset
to 11/12/15 at 9:30 a.m.  An updated joint
cmc statement shall be filed by 11/5/15.
```

Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

Respectfully submitted,

/s/ *Jason M. Habermeyer*
Jason M. Habermeyer
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

2