UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>JAMES MICHAEL MURRAY,<br>    Defendant,<br>  and<br><br>EVENT TRADING GP, LLC,<br><br>    Relief Defendant | Case No.: CV-12-1288-EMC<br><br>**ORDER APPROVING THE FINAL ACCOUNTING, REMITTING FUNDS TO THE U.S. TREASURY, TERMINATING THE DISTRIBUTION FUND, AND DISCHARGING THE DISTRIBUTION AGENT** |

The Court, having reviewed the Commission's Motion for an Order approving the Final Accounting, Remitting Funds to the U.S. Treasury, Terminating the Distribution Fund, and Discharging the Distribution Agent (the "Motion"); the accompanying Memorandum of Law; and the attached Exhibit;

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. The Final Accounting attached as Exhibit A to the Motion is approved;

3. Consistent with equitable principles,

    a. The SEC shall transfer all remaining funds, including any disgorgement, penalty, prejudgment interest and accrued interest, in the Distribution Fund to the U.S.

Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]; and

b. Any funds returned to the Distribution Fund in the future shall be transferred to the SEC for remittance to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]

4. The Distribution Fund is terminated; and

5. The Distribution Agent is discharged.

**IT IS SO ORDERED.**

Dated: October 23, 2023

_____
UNITED STATES DISTRICT JUDGE